UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAD HOLDEN and WENDY HOLDEN, individually and as guardians of E.H., a minor, and RICHARD L. MATHIEU, as litigation guardian ad litem,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO: 1:14-CV-3118-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Motion for Order of Dismissal (ECF No. 43).  The parties have agreed to dismiss all claims in this action with prejudice, without an award of fees, costs or expenses to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this action are **DISMISSED** with prejudice and without fees, costs or expenses to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  2.  All pending motions are **DENIED as moot** and all pending hearings are

2  stricken from the Court's calendar.

3  The District Court Executive is hereby directed to enter this Order, furnish

4  copies to counsel, and otherwise **CLOSE** the file.

5  **DATED** October 24, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2